IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| In Re: | ) | Case No: | 04-75870 |
|---|---|---|---|
| Charles Gene Murphy | ) | | |
| Patricia Francis Murphy | ) | Chapter: | Chapter 13 |
| Debtor(s) | ) | Judge: | Manuel Barbosa |

### NOTICE OF MOTION

**To:**   Charles Gene Murphy, 2142 Forest View Rd. , Rockford, IL, 61108

Lydia Meyer, 308 W. State St. #212 Box 14127, Rockford, IL, 61105-4127

Office of the US Trustee, 780 Regent Street #304, Madison WI 53715

Citifinancial, 1391 W. Lane Road, Machesney Park, IL 61115

CitiFinancial, 605 Munn Road, Fort Mill, SC 29715

C T CORPORATION SYSTEM, 208 SO LASALLE ST, SUITE 814, Chicago, IL 60604

**PLEASE TAKE NOTICE** that on the **8th of January 2010 at 9:00 a.m.**, I shall appear before the Honorable Judge Manuel Barbosa in 211 S. Court St., Courtroom 115, Rockford, IL and then and there present the attached **Motion for Sanctions for Willful Violation of the Automatic Stay**, a copy of which is attached hereto.

By: */s/ Jason K. Nielson*
Jason K. Nielson

### CERTIFICATE OF SERVICE

I, Jason K. Nielson, hereby certify that I served a copy of this Notice along with the aforementioned document upon the above parties, by causing the same to be mailed in a properly addressed envelope, postage prepaid, at 55 E. Monroe, Suite 3400, Chicago, Illinois, before the hour of 6:00 p.m., on December 15, 2009

By: */s/ Jason K. Nielson*
Jason K. Nielson

**Attorneys for the Debtor(s)**
Law Offices of Peter Francis Geraci
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):  312.332.1800  (Fax):  312.332.6354

```
              IN THE UNITED STATES OF BANKRUPTCY COURT
        FOR THE NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION
```

| In Re: | ) | Case No: | 04-75870 |
|---|---|---|---|
| Charles Gene Murphy | ) | | |
| Patricia Francis Murphy | ) | Chapter: | Chapter 13 |
| | ) | | |
| Debtor(s) | ) | Judge: | Manuel Barbosa |

### MOTION FOR SANCTIONS FOR WILLFUL VIOLATION OF THE AUTOMATIC STAY

NOW COMES the Debtor, Mr. & Mrs. Charles Gene Murphy (the "Debtor"), by and through his attorneys, The Law Offices of Peter Francis Geraci, to present their **Motion for Sanctions For Willful Violation of the Automatic Stay** pursuant to 11 U.S.C. secs. 105 and 362(h), and states as follows:

1. This Court has jurisdiction pursuant to 11 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157(b).

2. The Debtor filed a petition for bankruptcy protection under Chapter 13 of the US Bankruptcy Code and a plan of reorganization on 11/24/2004.

4. Citifinancial holds a security interest in the Debtors property, a 1965 Buddy Mobile Home, Vin #ED501211840.

5. The Debtors paid Citifinancial's claim in full according to the Trustee's Final Report. (See Exhibit A)

6. The Debtor's counsel has contacted the Creditor repeatedly by telephone, notifying them of the bankruptcy and demanding a release of lien so the Debtor's may get their title. The Creditor has refused to do so.

7. The Title is necessary for an effective reorganization as the debt has been paid. In order for the Debtor to transfer the property the Title will be required.

8. Any action taken in violation of the automatic stay is void. In re Matthews, 739 F.2d 249, 251 (7th Cir. 1984) (orders issued in violation of the automatic stay provisions of the bankruptcy code ordinarily are void), Rexnord Holdings, Inc. v. Bidermann, 21 F.3d 522 (2d Cir. 1994) (any action taken in violation of the automatic stay is void and without effect); In re Calder, 907 F.2d 953 (10th Cir. 1990) (same). An individual injured by any willful violation of the stay "shall recover actual damages, including costs and attorneys' fees, and, in appropriate circumstances, may recover punitive damages." 11 U.S.C. sec. 326(h).

9. Citifinancial's refusal to provide a release of lien despite repeated demands constitutes willful violation of the stay, warranting actual and punitive damages, including reasonable attorney's fees.

Wherefore the Debtor, Mr. & Mrs. Charles Gene Murphy pray that this Court:

a. Order Citifinancial to release the lien on their mobile home.

b. Order Citifinancial to provide a copy of the title.

c. Assess actual and punitive damages against Citifinancial, including reasonable attorneys fees; and

d. grant the Debtors such further relief that this Court may deem just and proper.

                                      Respectfully submitted,

                                      ***/s/ Jason K. Nielson***
                                        Jason K. Nielson

**Attorneys for the Debtor(s)**
Law Offices of Peter Francis Geraci
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):   312.332.1800   (Fax):   312.332.6354