UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

HONORABLE MANUEL BARBOSA                    Hearing Date: 1/8/10

Bankruptcy Case No. 04-75870    Adversary No. _____

Title of Cause: In re Murphy

Brief Statement
of Motion: Motion for Violation of Stay

Name and Addresses
of moving counsel: Jason K. Nielson
55 E. Monroe #3400, Chicago IL 60603

Representing: Charles & Patricia Murphy

**ORDER**

The matter having been heard and all parties noticed:
The motion is hereby withdrawn.

JAN 8 2010